## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TASHA LASHA ROBINSON   CHAPTER 13 NO: 20-02168-JAW

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **21st** day of **August 2025.**

        /s/Torri Parker Martin
        Torri Parker Martin
        Chapter 13 Trustee
        200 North Congress St., Suite 400
        Jackson, MS 39201
        Tel: 601-981-9100
        Fax: 601-981-1983