Fill in this information to identify the case:

Debtor 1: Tasha Lasha Robinson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 20-02168

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no. (if known):** 5.1

**Last 4 digits of any number you use to identify the debtor's account:** 9 1 2 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2025

**New total payment:** $ 1,776.98
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 502.24    New escrow payment: $ 769.90

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

| Debtor 1 | Tasha | Lasha | Robinson | | Case number (if known) 20-02168 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _Pamela J. Thompson_ (Signature)    Date 08/22/2025

Print: Pamela J. Thompson    Title: Bankruptcy Analyst
First Name / Middle Name / Last Name

Company: Trustmark Bank

Address: P. O. Box 522
Number / Street

Jackson    MS    39205
City / State / ZIP Code

Contact phone: 601-208-4977    Email: _____

---

Official Form 410S1    Notice of Mortgage Payment Change    page 2

ANALYSIS/REVIEW - PROJECTION STATEMENT  376     8/22/2025  1:14:12 PM ET    PFSP342

| Account No | Statement: Type | ANNUAL | Date | 08/15/25 |
|---|---|---|---|---|
| SHORTAGE WAS SPREAD | BKR | POC ESC SHORT | 51.72 | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 7302.07 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 608.50 | Cushion   C-1/6 | 959.68 |
| Cycle | 10/01/25 - 09/30/26 | RESPA Max 1/6 Cushion | 959.68 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1509.32 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: 12/25 | Anticipated Bal | -977.21 | Required Bal | 959.68 |
| SHORTAGE   -1936.89 | DEFICIENCY   -16.58 | | | |
| Current Escrow Shortage | -1936.89 | | Percentage of Change | 53.2932% |
| EA Shortage Spread Used | 12 | | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 10/01/25 - |
|---|---|---|
| 1007.08 | PRINCIPAL & INTEREST | 1007.08 |
| 502.24 | ESCROW | 608.50 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 161.40 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 1509.32 | TOTAL BORROWER PAYMENT | 1776.98 |

Message:                                                OK                                      MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376   8/22/2025  1:14:23 PM ET   PFSP344

```
+----------------------------Trial  Balance  Detail ----------------------------+
|  -- To Escrow --           -- From Escrow  --       ---- Escrow Balance ---- |
| Month   Antciptd   Cpindex   Antciptd    Desc         ANTCIPTD      Required |
|                            STARTING BALANCE =>       -16.58     1920.31      |
| 10/25    608.50     .00     128.66     FHA RI         463.26     2400.15     |
| 11/25    608.50     .00     128.66     FHA RI         943.10     2879.99     |
| 12/25    608.50     .00     128.66     FHA RI            .00        .00      |
|            .00      .00    2400.15     COUNTY        -977.21      959.68     |
| 01/26    608.50     .00     128.66     FHA RI        -497.37     1439.52     |
| 02/26    608.50     .00     128.66     FHA RI         -17.53     1919.36     |
| 03/26    608.50     .00     128.66     FHA RI         462.31     2399.20     |
| 04/26    608.50     .00     128.66     FHA RI         942.15     2879.04     |
| 05/26    608.50     .00     128.66     FHA RI        1421.99     3358.88     |
| 06/26    608.50     .00     128.66     FHA RI        1901.83     3838.72     |
| 07/26    608.50     .00     128.66     FHA RI        2381.67     4318.56     |
| 08/26    608.50     .00     128.66     FHA RI        2861.51     4798.40     |
| 09/26    608.50     .00    3358.00     HAZARD           .00         .00      |
|            .00      .00     128.66     FHA RI         -16.65     1920.24     |
+------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                    OK                              BOTTOM

## CERTIFICATE OF SERVICE

I, Pamela J. Thompson, do herby certify that I have this **22nd day of August 2025**, transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Torri Parker Martin**
tpm@tpmartinch13.com

Pamela J. Thompson
P. O. Box 522
Jackson, MS 39205

**Tasha Lasha Robinson**
311 Willow Ridge Cove
Brandon, MS 39047

**Jennifer A Curry Calvillo**

jennifer@therollinsfirm.com