**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Tasha Lasha Robinson, Debtor                          Case No. 20-02168-JAW
                                                                                    Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Tasha Lasha Robinson _____             08-22-2025____
       Tasha Lasha Robinson                                                     Date

      /s/ Thomas C. Rollins, Jr._____             08-22-2025___
      Thomas C. Rollins, Jr., MS Bar No. 103469             Date
      Attorney for the Debtor
      The Rollins Law Firm, PLLC
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

     On August 22, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                            /s/ Thomas C. Rollins, Jr._____
                                            Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TASHA LASHA ROBINSON

CASE NO: 20-02168

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 8/22/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>TASHA LASHA ROBINSON | CASE NO: 20-02168<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/22/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-02168<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI AUG 22 8-7-36 PST 2025 | OLIPHANT USA  LLC<br>BASS  ASSOCIATES  PC<br>3936 E FT LOWELL ROAD  SUITE 200<br>TUCSON  AZ 85712-1083 | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 |
| SYNCHRONY BANK BY AIS INFOSOURCE  LP AS<br>AGEN<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS  SD 57117-6217 |
| CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 | COMENITY BANK<br>PO BOX 183044<br>COLUMBUS  OH 43218-3044 | COMENITYCAPITAL<br>PO BOX 182120<br>COLUMBUS  OH 43218-2120 |
| COMMUNITY CHOICE FINAN<br>1568 W ELEMENT ST<br>BRANDON  MS 39042 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | FEDLOAN SERVICING<br>POB 60610<br>HARRISBURG  PA 17106-0610 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JACOB LAW GROUP<br>2623 WEST OXFORD LOOP<br>OXFORD  MS 38655-5442 | JAMES ELDRED RENFROE<br>RENFROE  PERILLOUX  PLLC<br>ON BEHALF OF TRUSTMARK NATIONAL BANK<br>648 LAKELAND EAST DRIVE  SUITE A<br>FLOWOOD  MS 39232-9574 |
| JAMES L POWELL<br>RENFROE  PERILLOUX  PLLC<br>ON BEHALF OF TRUSTMARK NATIONAL BANK<br>648 LAKELAND EAST DRIVE  SUITE A<br>FLOWOOD  MS 39232-9574 | MISSISSIPPI FEDERAL CU<br>2500 N STATE ST<br>JACKSON  MS 39216-4500 | NET CREDIT<br>PO BOX 206766<br>DALLAS  TX 75320-6766 |
| ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 |
| PAYPAL<br>PO BOX 105658<br>ATLANTA  GA 30348-5658 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | ROH LLC<br>CO DAVID L MENDELSON ESQ<br>MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS TN 38187-0235 | SANTANDER CONSUMER USA INC<br>1601 ELM ST SUITE 800<br>DALLAS TX 75201-7260 |
| SANTANDER CONSUMER USA<br>PO BOX 961211<br>FORT WORTH TX 76161-0211 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA GA 30348-5972 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | ~~EXCLUDE~~<br>~~(D)(P)TRUSTMARK NATIONAL BANK~~<br>~~P O BOX 1928~~<br>~~BRANDON MS 39043-1928~~ | TUTOR DENTAL<br>25 EASTGATE DR A<br>BRANDON MS 39042-2317 |
| (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | UHG I LLC<br>6400 SHERIDAN DR<br>STE 138<br>BUFFALO NY 14221-4842 | UMMC<br>PO BOX 3488<br>DEPT 05-077<br>TUPELO MS 38803-3488 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | (P)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON MS 39201-5022~~ |
| URGENT CARE<br>2605 COURTHOUSE CIRCLE<br>FLOWOOD MS 39232-9521 | WELLS FARGO JEWELRY<br>PO BOX 14517<br>DES MOINES IA 50306-3517 | FREDRICK PERRY<br>311 WILLOW RIDGE COVE<br>BRANDON MS 39047-8089 |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | DEBTOR<br>TASHA LASHA ROBINSON<br>311 WILLOW RIDGE COVE<br>BRANDON MS 39047-8089 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 |
| TORRI PARKER MARTIN<br>TORRI PARKER MARTIN CHAPTER 13<br>BANKRUPT<br>200 NORTH CONGRESS STREET STE 400<br>JACKSON MS 39201-1902 | | |