IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: **TASHA LASHA ROBINSON**　　　　　　　　　　Case No.: **20-02168-JAW**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## Notice of Final Cure Payment

Pursuant to Fed. Bankr. Rule 3002.1(f) the Trustee files notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor**: **TRUSTMARK MORTGAGE**
**Court Claim Register No.: 5-1**

**Last four digits** of any number used to identify the Debtor's account: **9124**

| Final Cure Amount | |
|---|---:|
| Amount of Pre-Petition | $2,952.50 |
| Amount Paid by Trustee | $2,952.50 |

| Monthly Ongoing Mortgage Payment | |
|---|---|
| Mortgage is Paid: | |
| **XX** Through the Chapter 13 conduit | Direct by the Debtor(s) |

Within 21 days of the service of the Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the Debtor is otherwise current on all payment or be subject to further actions of the Court, including possible sanctions.

DATED: September 2, 2025　　　　　　　　　　/s/Torri Parker Martin
　　　　　　　　　　　　　　　　　　　　　　　Torri Parker Martin,
　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　200 North Congress St, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Jackson, MS  39201
　　　　　　　　　　　　　　　　　　　　　　　Ofc: (601) 981-9100
　　　　　　　　　　　　　　　　　　　　　　　Fax: (601) 981-1983
　　　　　　　　　　　　　　　　　　　　　　　Email: tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Notice to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Trustmark Mortgage
P.O. Box 522
Jackson, MS 39205

Trustmark National Bank
P.O. Box 1928
Brandon, MS 39043

James Eldred Renfroe
648 Lakeland East Drive, Ste A
Flowood, MS 39232

Tasha Lasha Robinson
311 Willow Ridge Cove
Brandon, MS 39047


DATED: September 2, 2025

/s/ Torri Parker Martin
Torri Parker Martin