United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-02168-JAW
Tasha Lasha Robinson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Sep 29, 2025     Form ID: 3180W     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Tasha Lasha Robinson, Fredrick Perry, 311 Willow Ridge Cove, Brandon, MS 39047-8089 |
| 4922863 | | Community Choice Finan, 1568 W Element St, Brandon, MS 39042 |
| 4922864 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 4927054 | + | James Eldred Renfroe, Renfroe & Perilloux, PLLC, on behalf of Trustmark National Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |
| 4927055 | + | James L. Powell, Renfroe & Perilloux, PLLC, on behalf of Trustmark National Bank, 648 Lakeland East Drive, Suite A, Flowood, MS 39232-9574 |
| 4923566 | | ROH, LLC, c/o David L. Mendelson, Esq., MENDELSON LAW FIRM, PO BOX 17235, Memphis, TN 38187-0235 |
| 4922875 | + | Tutor Dental, 25 Eastgate Dr A, Brandon, MS 39042-2317 |
| 4922878 | + | Urgent Care, 2605 Courthouse Circle, Flowood, MS 39232-9521 |
| 4922881 | + | Wells Fargo Jewelry, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BASSASSOC.COM | Sep 29 2025 23:29:00 | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: PRA.COM | Sep 29 2025 23:32:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Sep 29 2025 19:29:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 4933556 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2025 19:43:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4922859 | + | Email/PDF: bncnotices@becket-lee.com | Sep 29 2025 19:43:43 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 4922860 | + | EDI: CITICORP | Sep 29 2025 23:29:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 4939069 | | EDI: CITICORP | Sep 29 2025 23:29:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4922861 | | EDI: WFNNB.COM | Sep 29 2025 23:32:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 4922862 | + | EDI: WFNNB.COM | Sep 29 2025 23:32:00 | Comenitycapital, Po Box 182120, Columbus, OH 43218-2120 |
| 4922865 | | EDI: IRS.COM | Sep 29 2025 23:29:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4922866 | + | Email/Text: ebone.woods@usdoj.gov | Sep 29 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 3180W | Total Noticed: 41 |

| Recipient | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 4922867 | ^ MEBN | Sep 29 2025 19:28:20 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 4922868 | + Email/Text: collectionsdepartment@msfcu.us | Sep 29 2025 19:30:00 | Mississippi Federal CU, 2500 N State St, Jackson, MS 39216-4500 |
| 4922869 | + Email/Text: netcreditbnc@enova.com | Sep 29 2025 19:30:31 | Net Credit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 4924015 | EDI: AGFINANCE.COM | Sep 29 2025 23:29:00 | ONEMAIN FINANCIAL GROUP, LLC, ONEMAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 4922870 | + EDI: AGFINANCE.COM | Sep 29 2025 23:29:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4940546 | EDI: PRA.COM | Sep 29 2025 23:32:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5134861 | + EDI: PRA.COM | Sep 29 2025 23:32:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4922871 | EDI: SYNC | Sep 29 2025 23:29:00 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 4941452 | EDI: Q3G.COM | Sep 29 2025 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4941451 | EDI: Q3G.COM | Sep 29 2025 23:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4925631 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2025 19:30:00 | SANTANDER CONSUMER USA, INC., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 4922872 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2025 19:30:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 4922873 | + EDI: SYNC | Sep 29 2025 23:29:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4941901 | + EDI: AIS.COM | Sep 29 2025 23:32:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4922874 | Email/Text: bankruptcynotices@trustmark.com | Sep 29 2025 19:29:00 | Trustmark National, Pob 291, Jackson, MS 39205 |
| 4930246 | Email/Text: bankruptcynotices@trustmark.com | Sep 29 2025 19:29:00 | Trustmark National Bank, P.O. Box 522, Jackson, MS 39205 |
| 4922880 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 29 2025 19:29:00 | US Bank, P.O. Box 21948, Saint Paul, MN 55121-4201 |
| 4922876 | ^ MEBN | Sep 29 2025 19:28:03 | UHG I, LLC, 6400 Sheridan Dr, Ste 138, Buffalo, NY 14221-4842 |
| 4922877 | + Email/Text: Bankruptcies@umc.edu | Sep 29 2025 19:30:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 4922879 | ^ MEBN | Sep 29 2025 19:28:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4932211 | EDI: USBANKARS.COM | Sep 29 2025 23:32:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Sep 29, 2025     Form ID: 3180W     Total Noticed: 41

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 1928, BRANDON MS 39043-1928, address filed with court:, TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| James L. Powell | on behalf of Creditor TRUSTMARK NATIONAL BANK jpowell@mslawfirm.biz |
| Jennifer A Curry Calvillo | on behalf of Debtor Tasha Lasha Robinson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tasha Lasha Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tasha Lasha Robinson** | Social Security number or ITIN  xxx−xx−8095 |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  20−02168−JAW | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Tasha Lasha Robinson**
aka Tasha Robinson, aka Tasha Robinson−Perry

Dated: 9/29/25

**By the court:**  /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**